**NONPRECEDENTIAL DISPOSITION**

To be cited only in accordance with Fed. R. App. P. 32.1

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

Submitted September 10, 2019[*]

Decided September 12, 2019

Before

FRANK H. EASTERBROOK, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

AMY C. BARRETT, *Circuit Judge*

| | |
|---|---|
| No. 18-3313 | Appeal from the United States District Court for the Southern District of Illinois. |
| UNITED STATES OF AMERICA, *Plaintiff-Appellee,* | |
| *v.* | No. 11-CR-30046-NJR-3 Nancy J. Rosenstengel, *Judge.* |
| SALVADOR GUADALUPE NAVARRO, *Defendant-Appellant.* | |

**Order**

Earlier decisions have established that Salvador Guadalupe Navarro consented to a $9 million forfeiture judgment, collectable through substitute assets, and waived any opportunity to seek a revision. See, e.g., No. 17-2613 (7th

---

[*] This successive appeal has been submitted to the original panel under Operating Procedure 6(b). We have unanimously agreed to decide the case without argument because the briefs and record adequately present the facts and legal arguments, and argument would not significantly aid the court. See Fed. R. App. P. 34(a)(2)(C).

Cir. May 31, 2018) (nonprecedential decision). Nonetheless he continues to ask the judiciary to revisit this aspect of his sentence. The district judge declined to do so in this collection proceeding, and Navarro has appealed again.

He must understand that the arguments he presents have been considered and rejected. Pointing to new judicial decisions does not undermine the fact that this award is based on his *consent* in the plea agreement, and that he also promised not to appeal or seek collateral review. The time to contest this matter came and went years ago. Future attempts to reopen this subject will subject Navarro to penalties for frivolous litigation.

The district court's decision that the forfeiture may be collected, in part, from funds available in Navarro's prison trust account is not an abuse of discretion.

AFFIRMED